

# The Ancient Art of Phantom Leaves

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW57AS



**Aspen**

Orig. Price: ~~$90.00~~
**Sale Price:  $32.00**

**Aspen**

Orig. Price: ~~$90.00~~
**Sale Price:  $32.00**

**Aspen**

Orig. Price: ~~$90.00~~
**Sale Price:  $32.00**

**Aspen**

Orig. Price: ~~$90.00~~
**Sale Price:  $32.00**

**Aspen**

Orig. Price: ~~$90.00~~
**Sale Price:  $32.00**



*The Ancient Art of Phantom Leaves*

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW57WO

White Oak

Orig. Price: $90.00
**Sale Price:  $32.00**

White Oak

Orig. Price: $90.00
**Sale Price:  $32.00**

White Oak

Orig. Price: $90.00
**Sale Price:  $32.00**

White Oak

Orig. Price: $90.00
**Sale Price:  $32.00**



*The Ancient Art of Phantom Leaves*

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW57RO



Red Oak

Orig. Price: $90.00
Sale Price: $32.00



Red Oak

Orig. Price: $90.00
Sale Price: $32.00



Red Oak

Orig. Price: $90.00
Sale Price: $32.00



Red Oak

Orig. Price: $90.00
Sale Price: $32.00



*The Ancient Art of Phantom Leaves*

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW57SM

**Sugar Maple**

Orig. Price: $90.00
Sale Price:  $32.00

**Sugar Maple**

Orig. Price: $90.00
Sale Price:  $32.00

**Sugar Maple**

Orig. Price: $90.00
Sale Price:  $32.00

**Sugar Maple**

Orig. Price: $90.00
Sale Price:  $32.00



*The Ancient Art of Phantom Leaves*

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW57JM

### Japanese Maple

**Orig. Price:** ~~$90.00~~
**Sale Price:** $32.00

### Japanese Maple

**Orig. Price:** ~~$90.00~~
**Sale Price:** $32.00

### Japanese Maple

**Orig. Price:** ~~$90.00~~
**Sale Price:** $32.00

### Japanese Maple

**Orig. Price:** ~~$90.00~~
**Sale Price:** $32.00



*The Ancient Art of Phantom Leaves*

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW810JM



### Japanese Maple

Orig. Price: $135.00
**Sale Price: $54.00**



### Japanese Maple

Orig. Price: $135.00
**Sale Price: $54.00**



### Japanese Maple

Orig. Price: $135.00
**Sale Price: $54.00**



### Japanese Maple

Orig. Price: $135.00
**Sale Price: $54.00**



### Japanese Maple

Orig. Price: $135.00
**Sale Price: $54.00**



### Japanese Maple

Orig. Price: $135.00
**Sale Price: $54.00**



**Japanese Maple**

Orig. Price: ~~$135.00~~
**Sale Price:  $54.00**



**Japnanese Maple**

Orig. Price: ~~$135.00~~
**Sale Price:  $54.00**



**Japanese Maple**

Orig. Price: ~~$135.00~~
**Sale Price:  $54.00**



**Japanse Maple**

Orig. Price: ~~$135.00~~
**Sale Price:  $54.00**



**Japanese Maple**

Orig. Price: ~~$135.00~~
**Sale Price:  $54.00**



**Japanese Maple**

Orig. Price: ~~$135.00~~
**Sale Price:  $54.00**



**Japanese Maple**

**Orig. Price: ~~$135.00~~**
**Sale Price:  $54.00**



Japanese Maple

Orig. Price: $135.00
Sale Price: $54.00



Japanese Maple

Orig. Price: $135.00
Sale Price: $54.00



Japanese Maple

Orig. Price: $135.00
Sale Price: $54.00



Japanese Maple

Orig. Price: $135.00
Sale Price: $54.00



Japanese Maple

Orig. Price: $135.00
Sale Price: $54.00

 *The Ancient Art of Phantom Leaves*

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW810SM



**Sugar Maple**

Orig. Price: $135.00
**Sale Price:  $54.00**



**Sugar Maple**

Orig. Price: $135.00
**Sale Price:  $54.00**



**Sugar Maple**

Orig. Price: $135.00
**Sale Price:  $54.00**



**Sugar Maple**

Orig. Price: $135.00
**Sale Price:  $54.00**



**Sugar Maple**

Orig. Price: $135.00
**Sale Price:  $54.00**



**Sugar Maple**

**Orig. Price: $135.00**
**Sale Price:  $54.00**



**Sugar Maple**

Orig. Price: $135.00
**Sale Price:  $54.00**



**Sugar Maple**

Orig. Price: $135.00
**Sale Price:  $54.00**



**Sugar Maple**

Orig. Price: $135.00
**Sale Price:  $54.00**



**Sugar Maple**

Orig. Price: $135.00
**Sale Price:  $54.00**



**Sugar Maple**

Orig. Price: $135.00
**Sale Price:  $54.00**



**Sugar Maple**

Orig. Price: $135.00
**Sale Price:  $54.00**



**Sugar Maple**

**Orig. Price: $135.00**
**Sale Price:  $54.00**



### Sugar Maple

**Orig. Price:** ~~$135.00~~
**Sale Price:** **$54.00**



### Sugar Maple

**Orig. Price:** ~~$135.00~~
**Sale Price:** **$54.00**



### Sugar Maple

**Orig. Price:** ~~$135.00~~
**Sale Price:** **$54.00**



### Sugar Maple

**Orig. Price:** ~~$135.00~~
**Sale Price:** **$54.00**



### Sugar Maple

**Orig. Price:** ~~$135.00~~
**Sale Price:** **$54.00**



## The Ancient Art of Phantom Leaves

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

**SEEKING
COMMISSIONS**

Referrals

Cool links

Contact

Newsletters

### AW810RO



Red Oak

Orig. Price: ~~$135.00~~
Sale Price:  $54.00



Red Oak

Orig. Price: ~~$135.00~~
Sale Price:  $54.00



Red Oak

Orig. Price: ~~$135.00~~
Sale Price:  $54.00



Red Oak

Orig. Price: ~~$135.00~~
Sale Price:  $54.00



Red Oak

Orig. Price: ~~$135.00~~
Sale Price:  $54.00



Red Oak

Orig. Price: ~~$135.00~~
Sale Price:  $54.00



### Red Oak

Orig. Price: $135.00
**Sale Price: $54.00**



### Red Oak

Orig. Price: $135.00
**Sale Price: $54.00**



### Red Oak

Orig. Price: $135.00
**Sale Price: $54.00**



### Red Oak

Orig. Price: $135.00
**Sale Price: $54.00**



### Red Oak

Orig. Price: $135.00
**Sale Price: $54.00**



### Red Oak

Orig. Price: $135.00
**Sale Price: $54.00**



### Red Oak

Orig. Price: $135.00
**Sale Price: $54.00**



### Red Oak

Orig. Price: ~~$135.00~~
**Sale Price: $54.00**



### Red Oak

Orig. Price: ~~$135.00~~
**Sale Price: $54.00**



### Red Oak

Orig. Price: ~~$135.00~~
**Sale Price: $54.00**



### Red Oak

Orig. Price: ~~$135.00~~
**Sale Price: $54.00**



### Red Oak

Orig. Price: ~~$135.00~~
**Sale Price: $54.00**



*The Ancient Art of Phantom Leaves*

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

AW810WO>

## White Oak



See full size photo

multi color leaves

**Price:** $54.00

**Availability:** in stock

**Prod. Code:** AW810MAXBR3WO



View Shopping Cart

Checkout



*The Ancient Art of Phantom Leaves*

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW810AS



### Aspen

Orig. Price: $135.00
Sale Price: $54.00



### Aspen

Orig. Price: $135.00
Sale Price: $54.00



### Aspen

Orig. Price: $135.00
Sale Price: $54.00



### Aspen

Orig. Price: $135.00
Sale Price: $54.00



### Aspen

Orig. Price: $135.00
Sale Price: $54.00



### Aspen

Orig. Price: $135.00
Sale Price: $54.00



## Aspen

Orig. Price: $135.00
Sale Price: $54.00



## Aspen

Orig. Price: $135.00
Sale Price: $54.00



## Aspen

Orig. Price: $135.00
Sale Price: $54.00



## Aspen

Orig. Price: $135.00
Sale Price: $54.00



## Aspen

Orig. Price: $135.00
Sale Price: $54.00



## Aspen

Orig. Price: $135.00
Sale Price: $54.00



## Aspen

Orig. Price: $135.00
Sale Price: $54.00



<u>Aspen</u>

**Orig. Price:** ~~$135.00~~
**Sale Price: $54.00**



<u>Aspen</u>

**Orig. Price:** ~~$135.00~~
**Sale Price: $54.00**



<u>Aspen</u>

**Orig. Price:** ~~$135.00~~
**Sale Price: $54.00**



<u>Aspen</u>

**Orig. Price:** ~~$135.00~~
**Sale Price: $54.00**



<u>Aspen</u>

**Orig. Price:** ~~$135.00~~
**Sale Price: $54.00**



# The Ancient Art of Phantom Leaves

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW1114JM



### Japanese Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Japanese Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Japanese Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Japanese Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Japanese Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Japanese Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Japanese Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Japanese Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Japanese Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Japanese Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Japanese Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Japanese Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Japanese Maple

**Orig. Price: $190.00**
**Sale Price: $90.00**



Japanese Maple

Orig. Price: $180.00
Sale Price: $90.00



Japanese Maple

Orig. Price: $180.00
Sale Price: $90.00



Japanese Maple

Orig. Price: $180.00
Sale Price: $90.00



Japanese Maple

Orig. Price: $180.00
Sale Price: $90.00



Japanese Maple

Orig. Price: $180.00
Sale Price: $90.00



*The Ancient Art of Phantom Leaves*

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW1114SM



### Sugar Maple

Orig. Price: ~~$190.00~~
**Sale Price: $90.00**



### Sugar Maple

Orig. Price: ~~$190.00~~
**Sale Price: $90.00**



### Sugar Maple

Orig. Price: ~~$190.00~~
**Sale Price: $90.00**



### Sugar Maple

Orig. Price: ~~$190.00~~
**Sale Price: $90.00**



### Sugar Maple

Orig. Price: ~~$190.00~~
**Sale Price: $90.00**



### Sugar Maple

Orig. Price: ~~$190.00~~
**Sale Price: $90.00**



### Sugar Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Sugar Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Sugar Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Sugar Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Sugar Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Sugar Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Sugar Maple

Orig. Price: $190.00
**Sale Price: $90.00**



### Sugar Maple

**Orig. Price:** $190.00
**Sale Price:** $90.00



### Sugar Maple

**Orig. Price:** $190.00
**Sale Price:** $90.00



### Sugar Maple

**Orig. Price:** $190.00
**Sale Price:** $90.00



### Sugar Maple

**Orig. Price:** $190.00
**Sale Price:** $90.00



### Sugar Maple

**Orig. Price:** $190.00
**Sale Price:** $90.00



*The Ancient Art of Phantom Leaves*

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW1114RO



### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**

### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**

### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**

### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**

### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**



### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**



### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**



### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**



### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**



### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**



### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**



### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**



### Red Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:  $90.00**



### Red Oak

Orig. Price: $~~190.00~~
**Sale Price: $90.00**



### Red Oak

Orig. Price: $~~190.00~~
**Sale Price: $90.00**



### Red Oak

Orig. Price: $~~190.00~~
**Sale Price: $90.00**



### Red Oak

Orig. Price: $~~190.00~~
**Sale Price: $90.00**



### Red Oak

Orig. Price: $~~190.00~~
**Sale Price: $90.00**



*The Ancient Art of Phantom Leaves*

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW1114WO

### White Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:** $90.00

### White Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:** $90.00

### White Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:** $90.00

### White Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:** $90.00

### White Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:** $90.00

### White Oak

**Orig. Price:** ~~$190.00~~
**Sale Price:** $90.00



### White Oak

Orig. Price: ~~$190.00~~
**Sale Price:  $90.00**



### White Oak

Orig. Price: ~~$180.00~~
**Sale Price:  $90.00**



### White Oak

Orig. Price: ~~$190.00~~
**Sale Price:  $90.00**



### White Oak

Orig. Price: ~~$190.00~~
**Sale Price:  $90.00**



### White Oak

Orig. Price: ~~$190.00~~
**Sale Price:  $90.00**



### White Oak

Orig. Price: ~~$190.00~~
**Sale Price:  $90.00**



### White Oak

Orig. Price: ~~$190.00~~
**Sale Price:  $90.00**



### White Oak

**Orig. Price:** $~~190.00~~
**Sale Price:** $90.00



### White Oak

**Orig. Price:** $~~190.00~~
**Sale Price:** $90.00



### White Oak

**Orig. Price:** $~~190.00~~
**Sale Price:** $90.00



### White Oak

**Orig. Price:** $~~190.00~~
**Sale Price:** $90.00



### White Oak

**Orig. Price:** $~~190.00~~
**Sale Price:** $90.00



*The Ancient Art of Phantom Leaves*

Home

Gallery
Inquiries
Welcome

FAQ's

The History of
the Art

Stereoviews

Resume
Abstract

Liscensing
options

SEEKING
COMMISSIONS

Referrals

Cool links

Contact

Newsletters

## AW1114AS



### Aspen

Orig. Price: $190.00
**Sale Price: $90.00**



### Aspen

Orig. Price: $190.00
**Sale Price: $90.00**



### Aspen

Orig. Price: $190.00
**Sale Price: $90.00**



### Aspen

Orig. Price: $190.00
**Sale Price: $90.00**



### Aspen

Orig. Price: $190.00
**Sale Price: $90.00**



### Aspen

Orig. Price: $190.00
**Sale Price: $90.00**



## Aspen

Orig. Price: $490.00
**Sale Price: $90.00**



## Aspen

Orig. Price: $490.00
**Sale Price: $90.00**



## Aspen

Orig. Price: $490.00
**Sale Price: $90.00**



## Aspen

Orig. Price: $490.00
**Sale Price: $90.00**



## Aspen

Orig. Price: $490.00
**Sale Price: $90.00**



## Aspen

Orig. Price: $490.00
**Sale Price: $90.00**



## Aspen

Orig. Price: $490.00
**Sale Price: $90.00**



Aspen

**Orig. Price:** ~~$180.00~~
**Sale Price:** $90.00



Aspen

**Orig. Price:** ~~$180.00~~
**Sale Price:** $90.00



Aspen

**Orig. Price:** ~~$180.00~~
**Sale Price:** $90.00



Aspen

**Orig. Price:** ~~$180.00~~
**Sale Price:** $90.00



Aspen

**Orig. Price:** ~~$180.00~~
**Sale Price:** $90.00