Lawrence G. Townsend, Esq., (SBN 88184)
Linda Joy Kattwinkel, Esq., (SBN 164283)
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone:  415-882-3200
Facsimile:  415-883-3232
ltownsend@owe.com
ljk@owe.com


Attorneys for Plaintiff
LEAF LINES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LEAF LINES LLC, a California
Company,

                    Plaintiff(s),

          v.

MICHAEL D. SAGE, et al.
                    Defendant(s).
_____/

No. C  07-4015 PVT

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.


Dated:    October 2, 2007

Signature _____

Counsel for    Plaintiff
LINDA JOY KATTWINKEL
(Plaintiff, Defendant, or indicate "pro se")