# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **LEAF LINES LLC,** | **C 07-4015 PVT** |
| **Plaintiff(s),** | |
| vs. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **MICHAEL D. SAGE, ET AL.,** | |
| **Defendant(s).** | |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

Dated: October 4, 2007    RICHARD W. WIEKING,
Clerk of Court

/s/ Corinne Lew
_____
By: Corinne Lew
Deputy Clerk