Christopher W. Brown, SBN 243472
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
cbrown@dubofflaw.com

Attorney for Defendants Michael D. Sage
and Susan Gilmour Sage, dba Sage Designs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF LINES, LLC, a California Company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington State residents dba SAGE DESIGNS, and DOES 1-100<br><br>　　　　　　　　　　　Defendants. | Case No. CV074015PVT<br><br>NOTICE OF ATTORNEY APPEARANCE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

　　　　NOTICE IS HEREBY GIVEN that Christopher W. Brown, SBN 243472, of The DuBoff Law Group, LLC, hereby appears as cancel of record for Defendants Michael D. Sage and Susan Gilmour Sage in the above-captioned matter, and requests that service of all papers and pleadings herein, except writs of original process, be made upon the undersigned attorneys at their office.

/ / /

/ / /

/ / /

/ / /

1- NOTICE OF ATTORNEY APPEARANCE AND
　　CERTIFICATION OF INTERESTED ENTITIES OR
　　PERSONS

\\Jelad\Clients\3400-3499\3443\Pleadings\Notice OF APPEARANCE CWB.DOC

<u>L.R. 3-16 CERTIFICATION</u>

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED this 9th day of November, 2007.

The DuBoff Law Group, LLC

_____
Christopher W. Brown, SBN 243472
cbrown@dubofflaw.com
Attorney for Defendants Michael D. Sage and Susan Gilmour Sage

1- NOTICE OF ATTORNEY APPEARANCE AND
CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS
\\Jelad\Clients\3400-3499\3443\Pleadings\Notice OF APPEARANCE CWB.DOC

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a true copy of the foregoing **NOTICE OF ATTORNEY APPEARANCE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the individuals listed below:

Linda Joy Kattwinkel
Owen, Wickersham & Erickson, P.C.
455 Market Street, Suite 1910
San Francisco, CA 94105
Tel: 415-882-3200
Fax: 415-882-3232
Email: ljk@owe.com

Attorney for Plaintiff, Leaf Lines, LLC

[ X ]  by **mailing** a full, true, and correct copy thereof in a sealed first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

[ ]  by causing a full, true, and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

[ ]  by sending a full, true, and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

[ ]  by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed.

DATED this 9th day of November, 2007.

_Jennifer Muller_
Jennifer Muller, Paralegal

1 – CERTIFICATE OF SERVICE
\\Jelad\Clients\3400-3499\3443\Pleadings\CERTIFICATE OF SERVICE NOTICE OF APPEARANCE.DOC