UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEAF LINES, LLC, a California Company
            Plaintiff(s),

v.

MICHAEL D. SAGE and SUSAN GILMOUR SAGE, dba SAGE DESIGNS
            Defendant(s).

Case No. CV074015PVT

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/9/07

/s/ Michael D. Sage
[Party]

Dated: 11/9/07

[signature]
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a true copy of the foregoing **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the individuals listed below:

Linda Joy Kattwinkel
Owen, Wickersham & Erickson, P.C.
455 Market Street, Suite 1910
San Francisco, CA 94105
Tel: 415-882-3200
Fax: 415-882-3232
Email: ljk@owe.com

Attorney for Plaintiff, Leaf Lines, LLC

[ X ]   by **mailing** a full, true, and correct copy thereof in a sealed first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

[ ]   by causing a full, true, and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

[ ]   by sending a full, true, and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

[ ]   by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed.

DATED this 9th day of November, 2007.

*Jennifer Muller*
Jennifer Muller, Paralegal