LAWRENCE G. TOWNSEND, ESQ. (S.B.N. 88184)
LINDA JOY KATTWINKEL, ESQ. (S.B.N. 164283)
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, Suite 1910
San Francisco, CA 94105
Telephone: 415-882-3200
Telecopier: 415-882-3232
ltownsend@owe.com
ljk@owe.com

Attorneys for Plaintiff,
Leaf Lines LLC

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF LINES LLC, a California Company, | Civil Action No. CV 07-04015 MMC |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington state residents dba SAGE DESIGNS, and DOES 1-100, | |
| Defendants. | |

**SEE ATTACHED**

- 1 -

No. CV 07-4015 MMC

## CERTIFICATE OF SERVICE

I, Jill K. O'Hara, am employed in the City & County of San Francisco, State of California, am over the age of eighteen; and not a party to this action. My business address is 455 Market Street, 19th Floor, San Francisco, California 94105.

I am readily familiar with the business practice at my place of business for processing of correspondence and documents by mail with the United States Postal Service, by overnight delivery through an overnight service, by personal delivery through a courier service, by facsimile, and/or by email.

I sent by certified mail, return receipt requested, the following document(s):

1. Summons
2. Complaint for Injunctive Relief and Damages, etc.
3. U.S. District Court ECF Registration Information Handout
4. Notice of Assignment of Case to a U.S. Magistrate Judge
5. Declination to Proceed before a Magistrate Judge, etc.
6. Reassignment Order
7. Case Management Conference Order
8. Standing Orders for Civil Cases assigned to the Honorable Maxine M. Chesney

on the person(s) listed below:

Susan Gilmour Sage
Michael D. Sage
dba Sage Designs
5008 NE 20th Ave.
Vancouver, WA  98663

A true and correct copy of the Track and Confirm form the United Postal Service stating delivery was made at 2:40 p.m., on October 27, 2007, to the above, plus an executed Return Return Receipt confirming delivery is attached as Exhibit A.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on November 13, 2007 at San Francisco, California.

_____
Jill K. O'Hara

S:\1Clients\LEAFL\70001\POS-Complaint.wpd

# UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm | FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7160 3901 9846 0762 0032**
Status: **Delivered**

Your item was delivered at 2:40 PM on October 27, 2007 in VANCOUVER, WA 98663.

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA   Postal Inspectors Preserving the Trust   Inspector General Promoting Integrity



**US Postal Service**
**Certified Mail Receipt**
Domestic Mail Only
No Insurance Coverage Provided

Sent To:
Susan Gilmour Sage
Michael D. Sage
dba Sage Designs
5008 NE 20th Ave.
Vancouver, WA 98663

PS Form 3800, January 2005

2. Article Number: 7160 3901 9846 0762 0032
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:
Susan Gilmour Sage
Michael D. Sage
dba Sage Designs
5008 NE 20th Ave.
Vancouver, WA 98663

Form 3811, January 2005

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Michael Sage
B. Date of Delivery: 10/27/07
C. Signature: X [signature]
  ☐ Agent
  ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes   ☒ No
  If YES, enter delivery address below:

Domestic Return Receipt