Christopher W. Brown, SBN 243472
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
cbrown@dubofflaw.com

Attorney for Defendants Michael D. Sage
and Susan Gilmour Sage


Lawrence G. Townsend, Esq., SBN 88184
ltownsend@owe.com
Linda Joy Kattwinkel, Esq. SBN 164283
ljk@owe.com
Owen, Wickersham & Erickson, PC
455 Market Street, Ste. 1910
San Francisco, CA 94105
phone: (415) 882-3200
fax:    (415) 882-3232

Attorneys for Plaintiff Leaf Lines, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEAF LINES, LLC, a California Company,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington State residents dba SAGE DESIGNS, and DOES 1-100**<br><br>Defendants. | Case No. CV074015MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, ALLOW DEFENDANTS' APPEARANCE BY TELEPHONE, AND EXTEND TIME TO RESPOND TO COMPLAINT |

Counsel report that they have met and conferred regarding this request and have reached the following stipulation pursuant to Civil L.R. 6-2 and 7-12:

1.     The Parties request the Court to continue the Case Management Conference ("CMC") scheduled for November 30, 2007, for two weeks to December 14, 2007, or such later

date as is available to the Court and that all related deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines be adjusted accordingly.

2. The Parties stipulate to a request that the Court allow Defendants' counsel to participate in the Case Management Conference by telephone.

3. The Parties stipulate to a request that the time for Defendants' response to the Complaint be extended to December 6, 2007.

Good cause is demonstrated by the facts established in the Declaration of Christopher W. Brown ("Brown Decl.") filed herewith.

Dated: 11/14/07

_____
Christopher W. Brown, SBN 243472
Attorney for Defendants Michael Sage and
Susan Gilmour Sage, dba Sage Designs

Dated: November 14, 2007

/s/ Linda Joy Kattwinkel
_____
Linda Joy Kattwinkel, SBN 164283
Attorney for Plaintiff Leaf Lines, LLC

[PROPOSED] ORDER

Pursuant to the Stipulation above, the Initial Case Management Conference set for November 30, 2007 is **continued to December 14, 2007, 10:30 a.m. in Courtroom** 7. All related deadlines in the court's Order Setting Initial Case Management Conference and ADR Deadlines are adjusted accordingly. Defendants' counsel may appear at the Case Management Conference by telephone. The time for Defendants to respond to the Complaint is extended to December 6, 2007.

IT IS SO ORDERED.

DATED this _____ day of November, 2007.

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a true copy of the foregoing **STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, ALLOW DEFENDANTS' APPEARANCE BY TELEPHONE, AND EXTEND TIME TO RESPOND TO COMPLAINT** on the individuals listed below:

Linda Joy Kattwinkel
Owen, Wickersham & Erickson, P.C.
455 Market Street, Suite 1910
San Francisco, CA 94105
Tel: 415-882-3200
Fax: 415-882-3232
Email: ljk@owe.com

Attorney for Plaintiff, Leaf Lines, LLC

[ X ]  by **mailing** a full, true, and correct copy thereof in a sealed first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

[ ]  by causing a full, true, and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

[ ]  by sending a full, true, and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

[ ]  by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed.

DATED this 14th day of November, 2007.

*Jennifer Muller*
Jennifer Muller, Paralegal