Christopher W. Brown, SBN 243472
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
cbrown@dubofflaw.com

Attorney for Defendants Michael D. Sage
and Susan Gilmour Sage

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEAF LINES, LLC, a California Company,**<br><br>                                      Plaintiff,<br><br>v.<br><br>**MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington State residents dba SAGE DESIGNS, and DOES 1-100**<br><br>                                      Defendants. | Case No. CV074015MMC<br><br>**DECLARATION OF CHRISTOPHER W. BROWN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, ALLOW DEFENDANTS' APPEARANCE BY TELEPHONE, AND TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

I, Christopher W. Brown, hereby declare:

1. I am an attorney at The DuBoff Law Group, LLC ("DLG") and counsel of record for Defendants Michael Sage and Susan Gilmour Sage, dba Sage Designs ("Sage"), in the instant action. I have personal knowledge of the facts set forth in this Declaration gained in the course of my representation of Sage in this matter and I am competent to testify to such facts if called upon to do so.

-1- DECLARATION OF CHRISTOPHER W. BROWN IN SUPPORT OF
STIPULATED AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE AND ALLOW DEFENDANTS' APPEARANCE
BY TELEPHONE, AND TO EXTEND TIME TO RESPOND TO THE
COMPLAINT
Case No. CV074015MMC

\\Jelad\Clients\3400-3499\3443\Pleadings\Declaration OF C. BROWN IN SUPPORT OF STIPULATION TO CONTINUE CMC'.DOC

2. I understand Plaintiff mailed the Complaint and Summons to Defendants on October 24, 2007 by certified mail with return receipt requested. Defendants received the Complaint and Summons on October 27, 2007.

3. I understand my firm was retained on this case on or about November 2, 2007.

4. I only had a few days to review the Complaint, to review materials from my client related to the case, and to speak with my client about this case prior to the first telephone conference with opposing counsel. I was not able to complete a full review of the facts of the case prior to first speaking with Plaintiff's counsel because of the limited time.

5. I spoke with Plaintiff's counsel via telephone on November 8, 2007 regarding ADR scheduling and the Case Management Conference ("CMC") report. Prior to this conference, I consulted with my client about the ADR processes available with the Court. I stipulated with Plaintiff's counsel to the selection of an ADR process (mediation), which stipulation has been filed.

6. Additional time to prepare and file the CMC report would give me the opportunity to more fully explore the facts of this case and to work with Plaintiff's counsel to fully prepare the CMC report and be prepared for the CMC. Plaintiff's counsel agreed to this extension of time.

7. I am requesting to appear at the CMC via telephone because my office is located in Portland, Oregon. I am lead trial counsel in this matter and pursuant to Civil L.R. 16-10(a) must appear at the CMC. It would cause undue expense and hardship to my client for me to travel to California to appear personally at the CMC. Plaintiff's counsel agreed to my appearance by telephone at the CMC.

8. Defendants also request an extension of time of twenty days to respond to the Complaint. This additional time would permit Defendants to meaningfully respond to the Complaint. I am in the process of investigating the facts of this case, preparing a response, and

-2- DECLARATION OF CHRISTOPHER W. BROWN IN SUPPORT OF
STIPULATED AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE AND ALLOW DEFENDANTS' APPEARANCE
BY TELEPHONE, AND TO EXTEND TIME TO RESPOND TO THE
COMPLAINT
Case No. CV074015MMC
\\Jelad\Clients\3400-3499\3443\Pleadings\Declaration OF C. BROWN IN SUPPORT OF STIPULATION TO CONTINUE CMC'.DOC

1  exploring probable counterclaims. This additional time will also aid the parties in fully exploring
2  settlement opportunities. Plaintiff's counsel agreed to this extension of time.
3      9. I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 14th day of November, 2007.

                                                _____
                                                Christopher W. Brown, SBN 243472
                                                The DuBoff Law Group, LLC
                                                Attorney for Defendants Michael Sage
                                                and Susan Gilmour Sage, dba Sage Designs

-3- DECLARATION OF CHRISTOPHER W. BROWN IN SUPPORT OF STIPULATED AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ALLOW DEFENDANTS' APPEARANCE BY TELEPHONE, AND TO EXTEND TIME TO RESPOND TO THE COMPLAINT
Case No. CV074015MMC
\\Jelad\Clients\3400-3499\3443\Pleadings\Declaration OF C. BROWN IN SUPPORT OF STIPULATION TO CONTINUE CMC'.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a true copy of the foregoing **DECLARATION OF CHRISTOPHER W. BROWN IN SUPPORT OF STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, ALLOW DEFENDANTS' APPEARANCE BY TELEPHONE, AND EXTEND TIME TO RESPOND TO COMPLAINT** on the individuals listed below:

Linda Joy Kattwinkel
Owen, Wickersham & Erickson, P.C.
455 Market Street, Suite 1910
San Francisco, CA 94105
Tel: 415-882-3200
Fax: 415-882-3232
Email: ljk@owe.com

Attorney for Plaintiff, Leaf Lines, LLC

[ X ]   by **mailing** a full, true, and correct copy thereof in a sealed first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

[ ]   by causing a full, true, and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

[ ]   by sending a full, true, and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

[ ]   by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed.

DATED this 14th day of November, 2007.

*Jennifer Muller*
Jennifer Muller, Paralegal

1 – CERTIFICATE OF SERVICE
\\Jelad\Clients\3400-3499\3443\Pleadings\CERTIFICATE OF SERVICE DECL. CWB IN SUPPORT OF STIP. TO CONTINUE CMC.DOC