Christopher W. Brown, SBN 243472
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
cbrown@dubofflaw.com

Attorney for Defendants Michael D. Sage
and Susan Gilmour Sage


Lawrence G. Townsend, Esq., SBN 88184
ltownsend@owe.com
Linda Joy Kattwinkel, Esq. SBN 164283
ljk@owe.com
Owen, Wickersham & Erickson, PC
455 Market Street, Ste. 1910
San Francisco, CA 94105
phone: (415) 882-3200
fax:   (415) 882-3232

Attorneys for Plaintiff Leaf Lines, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEAF LINES, LLC, a California Company,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington State residents dba SAGE DESIGNS, and DOES 1-100**<br><br>Defendants. | Case No. CV074015MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, ALLOW DEFENDANTS' APPEARANCE BY TELEPHONE, AND EXTEND TIME TO RESPOND TO COMPLAINT |

Counsel report that they have met and conferred regarding this request and have reached the following stipulation pursuant to Civil L.R. 6-2 and 7-12:

1. The Parties request the Court to continue the Case Management Conference ("CMC") scheduled for November 30, 2007, for two weeks to December 14, 2007, or such later

date as is available to the Court and that all related deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines be adjusted accordingly.

    2.    The Parties stipulate to a request that the Court allow Defendants' counsel to participate in the Case Management Conference by telephone.

    3.    The Parties stipulate to a request that the time for Defendants' response to the Complaint be extended to December 6, 2007.

Good cause is demonstrated by the facts established in the Declaration of Christopher W. Brown ("Brown Decl.") filed herewith.

Dated: 11/14/07

/s/ Christopher W. Brown
Christopher W. Brown, SBN 243472
Attorney for Defendants Michael Sage and
Susan Gilmour Sage, dba Sage Designs

Dated: November 14, 2007

/s/ Linda Joy Kattwinkel
Linda Joy Kattwinkel, SBN 164283
Attorney for Plaintiff Leaf Lines, LLC

[PROPOSED] ORDER

Pursuant to the Stipulation above, the Initial Case Management Conference set for November 30, 2007 is **continued to December 14, 2007, 10:30 a.m. in Courtroom** 7. All related deadlines in the court's Order Setting Initial Case Management Conference and ADR Deadlines are adjusted accordingly. ~~Defendants'~~ All counsel ~~may~~ shall appear at the Case Management Conference by telephone. The time for Defendants to respond to the Complaint is extended to December 6, 2007.

IT IS SO ORDERED.

DATED this __15th__ day of November, 2007.

/s/ Maxine M. Chesney
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

-2- STIPULATED AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE AND ALLOW DEFENDANTS' APPEARANCE
BY TELEPHONE
Case No. **CV074015MMC**
\\Jelad\Clients\3400-3499\3443\Pleadings\Stipulated MOTION TO CONTINUE CMC.DOC