Christopher W. Brown, SBN 243472
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
cbrown@dubofflaw.com

Attorney for Defendants Michael D. Sage
and Susan Gilmour Sage

Lawrence G. Townsend, Esq., SBN 88184
ltownsend@owe.com
Linda Joy Kattwinkel, Esq. SBN 164283
ljk@owe.com
Owen, Wickersham & Erickson, PC
455 Market Street, Ste. 1910
San Francisco, CA 94105
phone: (415) 882-3200
fax:   (415) 882-3232

Attorneys for Plaintiff Leaf Lines, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF LINES, LLC, a California Company,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington State residents dba SAGE DESIGNS, and DOES 1-100<br><br>Defendants. | Case No. CV074015MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO WAIVE ANSWER TO COMPLAINT AND FOR FILING OF FIRST AMENDED COMPLAINT |

Counsel report that they have met and conferred regarding this request and have reached the following stipulation pursuant to Civil L.R. 6-2 and 7-12:

 1. Defendants' Answer to the Complaint is currently due on December 6, 2007. Defendants were prepared to bring a Motion to dismiss certain claims for, among other things,

1  lack of standing with respect to the copyright infringement claims. Defendants were also
2  prepared to challenge the other claims in the Complaint on related grounds.
3      2.      Plaintiff can resolve Defendants' concerns by filing a First Amended Complaint.
4  Plaintiff further has agreed to prepare and file a First Amended Complaint by or on December
5  21, 2007. Defendants agree to this time frame to resolve this issue without motion practice.
6      3.      The Parties stipulate to permitting Defendants not to answer or respond to the
7  Complaint, and instead wait to file an Answer and Counterclaims to the First Amended
8  Complaint, which they will do by or on January 4, 2008.
9      4.      The Parties agree that Plaintiff will respond to any counterclaims raised by
10 Defendants in the time permitted by the Federal Rules of Civil Procedure.
11     5.      The Parties further agree that this schedule will not affect the schedule for the
12 CMC Report due on December 7, 2007 or the CMC Conference scheduled for December 14,
13 2007.
14     Good cause is demonstrated by the facts established herein.

Dated: December 6, 2007

Christopher W. Brown, SBN 243472
Attorney for Defendants Michael Sage and
Susan Gilmour Sage, dba Sage Designs

Dated: December 6, 2007

/s/ Linda Joy Kattwinkel
Linda Joy Kattwinkel, SBN 164283
Attorney for Plaintiff Leaf Lines, LLC

///
///
///
///
///
///
///

-2- STIPULATION AND [PROPOSED] ORDER TO WAIVE ANSWER TO
COMPLAINT AND FOR FILING OF FIRST AMENDED COMPLAINT
Case No. **CV074015MMC**

\\Jelad\Clients\3400-3499\3443\Pleadings\Stipulated MOTION FOR FILING 1ST AM COMPLAINT.DOC

[PROPOSED] ORDER

Pursuant to the Stipulation above, Defendants are not required to respond to the Complaint. Plaintiff will file its First Amended Complaint by or on December 21, 2007. Defendants will respond to the First Amended Complaint by or on January 4, 2008. Plaintiff will respond to any counterclaims in the time permitted by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED this _____ day of December, 2007.

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a true copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO WAIVE ANSWER TO COMPLAINT AND FOR FILING OF FIRST AMENDED COMPLAINT** on the individuals listed below:

Linda Joy Kattwinkel
Owen, Wickersham & Erickson, P.C.
455 Market Street, Suite 1910
San Francisco, CA 94105
Tel: 415-882-3200
Fax: 415-882-3232
Email: ljk@owe.com

Attorney for Plaintiff, Leaf Lines, LLC

[ ]   by **mailing** a full, true, and correct copy thereof in a sealed first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

[ ]   by causing a full, true, and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

[ ]   by sending a full, true, and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

[ ]   by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed.

[x]   by **emailing** a full, true and correct copy thereof to the attorney at the email address shown above, which is the last-known email address for the attorney, on the date set forth below.

DATED this 6th day of December, 2007.

_Jennifer Muller_
Jennifer Muller, Paralegal

1 – CERTIFICATE OF SERVICE
\\Jelad\Clients\3400-3499\3443\Pleadings\CERTIFICATE OF SERVICE STIP. AND PROPOSED ORDER TO WAIVE ANSWER.DOC