Christopher W. Brown, SBN 243472
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
cbrown@dubofflaw.com

Attorney for Defendants Michael D. Sage
and Susan Gilmour Sage


Lawrence G. Townsend, Esq., SBN 88184
ltownsend@owe.com
Linda Joy Kattwinkel, Esq. SBN 164283
ljk@owe.com
Owen, Wickersham & Erickson, PC
455 Market Street, Ste. 1910
San Francisco, CA 94105
phone: (415) 882-3200
fax:    (415) 882-3232

Attorneys for Plaintiff Leaf Lines, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF LINES, LLC, a California Company,<br><br>                              Plaintiff,<br><br>v.<br><br>MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington State residents dba SAGE DESIGNS, and DOES 1-100<br><br>                              Defendants. | Case No. CV074015MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO WAIVE ANSWER TO COMPLAINT AND FOR FILING OF FIRST AMENDED COMPLAINT |

Counsel report that they have met and conferred regarding this request and have reached the following stipulation pursuant to Civil L.R. 6-2 and 7-12:

1.  Defendants' Answer to the Complaint is currently due on December 6, 2007. Defendants were prepared to bring a Motion to dismiss certain claims for, among other things,

1  lack of standing with respect to the copyright infringement claims. Defendants were also prepared to challenge the other claims in the Complaint on related grounds.

2. Plaintiff can resolve Defendants' concerns by filing a First Amended Complaint. Plaintiff further has agreed to prepare and file a First Amended Complaint by or on December 21, 2007. Defendants agree to this time frame to resolve this issue without motion practice.

3. The Parties stipulate to permitting Defendants not to answer or respond to the Complaint, and instead wait to file an Answer and Counterclaims to the First Amended Complaint, which they will do by or on January 4, 2008.

4. The Parties agree that Plaintiff will respond to any counterclaims raised by Defendants in the time permitted by the Federal Rules of Civil Procedure.

5. The Parties further agree that this schedule will not affect the schedule for the CMC Report due on December 7, 2007 or the CMC Conference scheduled for December 14, 2007.

Good cause is demonstrated by the facts established herein.

Dated: December 6, 2007

_/s/ Christopher W. Brown_
Christopher W. Brown, SBN 243472
Attorney for Defendants Michael Sage and
Susan Gilmour Sage, dba Sage Designs

Dated: December 6, 2007

/s/ Linda Joy Kattwinkel
Linda Joy Kattwinkel, SBN 164283
Attorney for Plaintiff Leaf Lines, LLC

///
///
///
///
///
///
///

-2- STIPULATION AND [PROPOSED] ORDER TO WAIVE ANSWER TO COMPLAINT AND FOR FILING OF FIRST AMENDED COMPLAINT
Case No. **CV074015MMC**

\\Jelad\Clients\3400-3499\3443\Pleadings\Stipulated MOTION FOR FILING 1ST AM COMPLAINT.DOC

[PROPOSED] ORDER

Pursuant to the Stipulation above, Defendants are not required to respond to the Complaint. Plaintiff will file its First Amended Complaint by or on December 21, 2007. Defendants will respond to the First Amended Complaint by or on January 4, 2008. Plaintiff will respond to any counterclaims in the time permitted by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED this __6th__ day of December, 2007.

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE