**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**

E-Filing

Date: DEC 14 2007

C-07-4015-MMC (MED)

LEAF LINES LLC    v    Michael Sage et al

Attorneys: Linda Joy Kattwinkel        Christopher Brown

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. ___
2. ___
3. ___
4. ___

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference — INITIAL (BY PHONE)

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 10/24/08. Meet & confer by 12/8/08. Joint statement due by 10/3/08.

(✓) ORDER TO BE PREPARED BY:  Plntf___  Deft___  Court ✓

(✓) Referred to ~~Magistrate~~ For: PREVIOUSLY ADR Mediation by stipulation
(✓) By Court
(✓) CASE CONTINUED TO 10/10/08 @ 10:30 for Further Status Conference

Discovery Cut-Off 6/16/08    Expert Discovery Cut-Off 10/3/08

π/Δ ~~Plntf~~ to Name Experts by 8/15/08    π/Δ REBUTTAL ~~Deft~~ to Name Experts by 9/15/08

P/T Conference Date 1/13/09 @ 3:00    Trial Date 1/26/09 @ 9:00    Set for 8 days
Type of Trial: (✓) Jury    ( ) Court

Notes: 3/28/08 – DEADLINE to AMEND PLEADINGS

(15 min)