```
Christopher W. Brown, SBN 243472
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
cbrown@dubofflaw.com

Attorney for Defendants Michael D. Sage
and Susan Gilmour Sage


Lawrence G. Townsend, Esq., SBN 88184
ltownsend@owe.com
Linda Joy Kattwinkel, Esq. SBN 164283
ljk@owe.com
Owen, Wickersham & Erickson, PC
455 Market Street, Ste. 1910
San Francisco, CA 94105
phone: (415) 882-3200
fax:   (415) 882-3232

Attorneys for Plaintiff Leaf Lines, LLC
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF LINES, LLC, a California Company,<br><br>         Plaintiff,<br><br>v.<br><br>MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington State residents dba SAGE DESIGNS, and DOES 1-100<br><br>         Defendants. | Case No. CV074015MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

  Counsel report that they have met and conferred regarding this request and have reached the following stipulation pursuant to Civil L.R. 6-2 and 7-12:

  1. The Parties stipulate to a request that the time for Defendants' response to the Complaint be extended to January 22, 2008.

///

1- STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
Case No. **CV074015MMC**

\\Jelad\Clients\3400-3499\3443\Pleadings\Stipulated MOTION TO EXTEND ANS FOR 1ST AM COMPL.DOC

2. As noted in the Case Management Report, the parties resumed negotiations for purchase of the Leaf Lines business by Sage Designs, or alternate resolution, in September 2007. The parties have been attempting to settle this matter and are committed to continuing such efforts. The additional time will permit the parties to preserve their resources for this purpose.

Good cause is demonstrated by the facts established herein.

Dated: January 3, 2008                                             Dated: January 3, 2008

/s/ Christopher Brown                                              /s/ Linda Joy Kattwinkel
Christopher W. Brown, SBN 243472                    Linda Joy Kattwinkel, SBN 164283
Attorney for Defendants Michael Sage and        Attorney for Plaintiff Leaf Lines, LLC
Susan Gilmour Sage, dba Sage Designs

[PROPOSED] ORDER

Pursuant to the Stipulation above, the time for Defendants to respond to the First Amended Complaint is extended to January 22, 2008.

IT IS SO ORDERED.

DATED this _____ day of January, 2008.


_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a true copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** on the individuals listed below:

Linda Joy Kattwinkel
Owen, Wickersham & Erickson, P.C.
455 Market Street, Suite 1910
San Francisco, CA 94105
Tel: 415-882-3200
Fax: 415-882-3232
Email: ljk@owe.com

Attorney for Plaintiff, Leaf Lines, LLC

[ ]   by **mailing** a full, true, and correct copy thereof in a sealed first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

[ ]   by causing a full, true, and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

[ ]   by sending a full, true, and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

[ ]   by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed.

[x]   by **emailing** a full, true and correct copy thereof to the attorney at the email address shown above, which is the last-known email address for the attorney, on the date set forth below.

DATED this 3rd day of January, 2008.

*Jennifer Muller*
Jennifer Muller, Paralegal

1 – CERTIFICATE OF SERVICE
\\Jelad\Clients\3400-3499\3443\Pleadings\CERTIFICATE OF SERVICE STIP. AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT.DOC