Christopher W. Brown, SBN 243472
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
cbrown@dubofflaw.com

Attorney for Defendants Michael D. Sage
and Susan Gilmour Sage


Lawrence G. Townsend, Esq., SBN 88184
ltownsend@owe.com
Linda Joy Kattwinkel, Esq. SBN 164283
ljk@owe.com
Owen, Wickersham & Erickson, PC
455 Market Street, Ste. 1910
San Francisco, CA 94105
phone: (415) 882-3200
fax:   (415) 882-3232

Attorneys for Plaintiff Leaf Lines, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF LINES, LLC, a California Company,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington State residents dba SAGE DESIGNS, and DOES 1-100<br><br>Defendants. | Case No. CV074015MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

Counsel report that they have met and conferred regarding this request and have reached the following stipulation pursuant to Civil L.R. 6-2 and 7-12:

1.  The Parties stipulate to a request that the time for Defendants' response to the Complaint be extended to January 22, 2008.

///

2. As noted in the Case Management Report, the parties resumed negotiations for purchase of the Leaf Lines business by Sage Designs, or alternate resolution, in September 2007. The parties have been attempting to settle this matter and are committed to continuing such efforts. The additional time will permit the parties to preserve their resources for this purpose.

Good cause is demonstrated by the facts established herein.

Dated: January 3, 2008                              Dated: January 3, 2008

/s/ Christopher Brown                               /s/ Linda Joy Kattwinkel
Christopher W. Brown, SBN 243472                    Linda Joy Kattwinkel, SBN 164283
Attorney for Defendants Michael Sage and            Attorney for Plaintiff Leaf Lines, LLC
Susan Gilmour Sage, dba Sage Designs


[PROPOSED] ORDER

Pursuant to the Stipulation above, the time for Defendants to respond to the First Amended Complaint is extended to January 22, 2008.

IT IS SO ORDERED.

DATED this __7th__ day of January, 2008.

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE