# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Leaf Lines, LLC,<br><br>           Plaintiff(s),<br><br>    v.<br><br>Sage,<br><br>           Defendant(s). | 07-04015 MMC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Suzanne Nusbaum**
> Impartia
> 119 Millrich Dr.
> Los Gatos, CA 95030-2213
> 408-399-2688

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04015 MMC MED                         - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: January 9, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov