Christopher W. Brown, SBN 243472
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
cbrown@dubofflaw.com

Attorney for Defendants Michael D. Sage
and Susan Gilmour Sage

Lawrence G. Townsend, Esq., SBN 88184
ltownsend@owe.com
Linda Joy Kattwinkel, Esq. SBN 164283
ljk@owe.com
Owen, Wickersham & Erickson, PC
455 Market Street, Ste. 1910
San Francisco, CA 94105
phone: (415) 882-3200
fax:   (415) 882-3232

Attorneys for Plaintiff Leaf Lines, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF LINES, LLC, a California Company,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington State residents dba SAGE DESIGNS, and DOES 1-100<br><br>　　　　　　　　Defendants. | Case No. CV074015MMC<br><br>SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

Counsel report that they have met and conferred regarding this request and have reached the following stipulation pursuant to Civil L.R. 6-2 and 7-12:

　　　1.　　The Parties stipulate to a request that the time for Defendants' response to the Complaint be extended to February 8, 2008.

///

2. A court-appointed mediator was assigned to this case on January 9, 2008. The parties have scheduled mediation for February 4, 2008. The additional time will permit the parties to preserve their resources in preparation for mediation and settlement.

Good cause is demonstrated by the facts established herein.

Dated: January 21, 2008                                  Dated: January 21, 2008

/s/ Christopher Brown                                    /s/ Linda Joy Kattwinkel
Christopher W. Brown, SBN 243472                         Linda Joy Kattwinkel, SBN 164283
Attorney for Defendants Michael Sage and                 Attorney for Plaintiff Leaf Lines, LLC
Susan Gilmour Sage, dba Sage Designs

[PROPOSED] ORDER

Pursuant to the Stipulation above, the time for Defendants to respond to the First Amended Complaint is extended to February 8, 2008.

IT IS SO ORDERED.

DATED this __23rd__ day of ~~February~~ January, 2008.

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

2- SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. **CV074015MMC**

\\Jelad\Clients\3400-3499\3443\Pleadings\Second STIPULATED MOTION TO EXTEND ANS FOR 1ST AM COMPL.DOC