1  LAWRENCE G. TOWNSEND, ESQ. (S.B.N. 88184)
   OWEN, WICKERSHAM & ERICKSON, P.C.
2  455 Market Street, Suite 1910
   San Francisco, CA 94105
3  Telephone: 415-882-3200
   Telecopier: 415-882-3232
4  ltownsend@owe.com

5
   Attorneys for Plaintiffs,
6  Leaf Lines LLC and BOOKER MOREY

7

8              UNITED STATES DISTRICT COURT

9       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 LEAF LINES LLC, a California Company,        Civil Action No. CV 07-04015 MMC
   and Booker Morey, a California state resident,
12                                              **CONSENT ORDER GRANTING**
                                                **ASSOCIATION OF ATTORNEYS**
13            Plaintiffs,

14     vs.

15 MICHAEL D. SAGE and SUSAN GILMOUR
   SAGE, Washington state residents dba SAGE
16 DESIGNS, and DOES 1- 100,

17            Defendants.
                                            /
18

19     Notice is hereby given that, subject to approval by court, Plaintiffs LEAF LINES LLC,

20 and Booker Morey, associate Linda Joy Kattwinkel, State Bar No. 164283, and Brooke Oliver,

21 State Bar No. 172828, of the Law Firm of Oliver, Kattwinkel & Sabec P.C., as counsel of record

22 in addition to Lawrence G. Townsend, of Owen, Wickersham & Erickson, P.C.

23 Contact information for new counsel is as follows :

24
   Firm Name:    Oliver, Kattwinkel & Sabec P.C.
25 Address:      50 Balmy Alley
                 San Francisco, CA 94110
26 Telephone:    415.641.1116
   Telecopier:   415.695.1116
27 E-Mail:       ljk@okslaw.com
                 brooke@okslaw.com
28

- 1 -

Association of Attorneys                                   No. CV 07-4015 MMC

1  I consent to the above association.

2  Date: January 28, 2008          LEAF LINES LLC

3

4                                  By: /s/ Booker Morey
5                                      Booker Morey, Manager

6  I consent to the above association.

7  Date: January 28, 2008.         /s/ Booker Morey
                                    Booker Morey, individually
8

9

10 I consent to the above association.

11 Date: January 28, 2008.         OWEN, WICKERSHAM & ERICKSON, P.C.

12

13                                 By: /s/ Lawrence G. Townsend
                                       Lawrence G. Townsend
14                                     Attorneys for Plaintiffs

15

16 I consent to the above association.

17 Date: January 28, 2008.         OLIVER, KATTWINKEL & SABEC P.C.

18

19                                 By: /s/ Linda Joy Kattwinkel
                                       Linda Joy Kattwinkel
20                                     Attorneys for Plaintiffs

21

22 The association of attorneys is hereby approved and so ORDERED.

23

24 Date: _____

25                                 _____
                                   The Honorable Maxine M. Chesney,
26                                 U.S. District Court Judge

27 S:\1Clients\LEAFL\70001\AssociationofAttorneys.wpd

28

---

Association of Attorneys                    - 2 -                    No. CV 07-4015 MMC