1  LAWRENCE G. TOWNSEND, ESQ. (S.B.N. 88184)
   OWEN, WICKERSHAM & ERICKSON, P.C.
2  455 Market Street, Suite 1910
   San Francisco, CA 94105
3  Telephone: 415-882-3200
   Telecopier: 415-882-3232
4  ltownsend@owe.com

5  Attorneys for Plaintiffs,
6  Leaf Lines LLC and BOOKER MOREY

7

8               UNITED STATES DISTRICT COURT

9       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEAF LINES LLC, a California Company,     | Civil Action No. CV 07-04015 MMC
   | and Booker Morey, a California state resident, |
12 |                                           | **CONSENT ORDER GRANTING**
13 |              Plaintiffs,                  | **ASSOCIATION OF ATTORNEYS**
14 |     vs.                                   |
15 | MICHAEL D. SAGE and SUSAN GILMOUR         |
   | SAGE, Washington state residents dba SAGE |
16 | DESIGNS, and DOES 1- 100,                 |
17 |              Defendants.                  |
   |_____/
18

19     Notice is hereby given that, subject to approval by court, Plaintiffs LEAF LINES LLC,

20 and Booker Morey, associate Linda Joy Kattwinkel, State Bar No. 164283, and Brooke Oliver,

21 State Bar No. 172828, of the Law Firm of Oliver, Kattwinkel & Sabec P.C., as counsel of record

22 in addition to Lawrence G. Townsend, of Owen, Wickersham & Erickson, P.C.

23 Contact information for new counsel is as follows :

24 Firm Name:    Oliver, Kattwinkel & Sabec P.C.
25 Address:      50 Balmy Alley
                 San Francisco, CA 94110
26 Telephone:    415.641.1116
   Telecopier:   415.695.1116
27 E-Mail:       ljk@okslaw.com
                 brooke@okslaw.com
28

---

- 1 -

I consent to the above association.

Date: January 28, 2008

LEAF LINES LLC

By: /s/ Booker Morey
Booker Morey, Manager

I consent to the above association.

Date: January 28, 2008.

/s/ Booker Morey
Booker Morey, individually

I consent to the above association.

Date: January 28, 2008.

OWEN, WICKERSHAM & ERICKSON, P.C.

By: /s/ Lawrence G. Townsend
Lawrence G. Townsend
Attorneys for Plaintiffs

I consent to the above association.

Date: January 28, 2008.

OLIVER, KATTWINKEL & SABEC P.C.

By: /s/ Linda Joy Kattwinkel
Linda Joy Kattwinkel
Attorneys for Plaintiffs

The association of attorneys is hereby approved and so ORDERED.

Date: January 30, 2008

/s/ Maxine M. Chesney
The Honorable Maxine M. Chesney,
U.S. District Court Judge

S:\1Clients\LEAFL\70001\AssociationofAttorneys.wpd

Association of Attorneys

- 2 -

No. CV 07-4015 MMC