United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Leaf Lines, LLC,

        Plaintiff(s),

    v.

Sage,

        Defendant(s).

No. C 07-04015 MMC MED

**Certification of ADR Session**

_Instructions_: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.   I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) ___2/4/08___

2.   Did the case settle?   ☒ fully   ☐ partially   ☐ no

3.   If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

**4.   IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO**

Dated:  ___2/4/08___

_Suzanne Nusbaum_

**Mediator, Suzanne Nusbaum**
Impartia
119 Millrich Dr.
Los Gatos, CA 95030-2213

**Certification of ADR Session**
07-04015 MMC MED