LINDA JOY KATTWINKEL, ESQ. (S.B.N. 164283)
BROOKE OLIVER, ESQ. (S.B.N. 172828)
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley
San Francisco, CA 94110
415-641-1116 voice
415-695-1116 fax
ljk@okslaw.com
brooke@okslaw.com

LAWRENCE G. TOWNSEND, ESQ. (S.B.N. 88184)
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market St., Ste. 1910
San Francisco, CA 94105
415-882-3200 voice
415-882-3232 fax
ltownsend@owe.com

Attorneys for Plaintiffs,
Leaf Lines LLC and Booker Morey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF LINES LLC, a California Company, and BOOKER MOREY, a California state resident,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington state residents, dba SAGE DESIGNS, and DOES 1-100,<br><br>Defendants. | No. **C 07 4015 MMC**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiffs Leaf Lines LLC and Booker Morey and Defendants Michael D. Sage and Susan Gilmour Sage, dba Sage Designs, by and through their respective attorneys of record, hereby stipulate as follows:

1. The parties have entered into a Settlement Agreement and Mutual Release (the "Settlement Agreement") in this matter whereby they have resolved all claims in this action and have agreed to the dismissal of the above-captioned action with prejudice. Each party has agreed to bear its own attorneys' fees and costs.

2. Accordingly, the parties jointly request the Court to dismiss this action with prejudice. Additionally, the parties jointly request the Court to retain jurisdiction over this case for the purpose of enforcement of the Settlement Agreement.

OLIVER, KATTWINKEL & SABEC P.C.
OWEN, WICKERSHAM & ERICKSON, P.C.

Dated: 4-23-08

Linda Joy Kattwinkel
Attorneys for Plaintiffs,
Leaf Lines LLC and Booker Morey

THE DUBOFF LAW GROUP

Dated: 4/23/08

Christopher Brown
Attorneys for Defendants
Michael D. Sage and Susan Gilmour Sage,
dba Sage Designs

## ORDER

Having considered the parties Stipulation of Dismissal with Prejudice and for good cause appearing, it is HEREBY ORDERED:

1. The action Leaf Lines LLC et al v. Michael D. Sage, et al, Civil Action No. C 07 4015 MMC is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

2. This Court shall maintain jurisdiction over this case for the purpose of any action to enforce the Settlement Agreement.

Dated: _____     _____
The Honorable Maxine Chesney
United States District Judge