IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF LINES, LLC, et al., | No. C-07-4015 MMC |
| Plaintiffs, | **ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| MICHAEL D. SAGE, et al., | |
| Defendants. | |

    The Court is in receipt of the parties' Stipulation of Dismissal with Prejudice, filed April 24, 2008, wherein the parties request that the Court dismiss the instant action with prejudice, and further request that the Court retain jurisdiction over the action for the purpose of enforcement of their "Settlement Agreement." The parties have not, however, submitted a copy of the referenced document, and, in the absence thereof, the Court is unable to determine whether retention of jurisdiction is appropriate.

    Accordingly, on or before May 5, 2008, the parties shall file either (1) a copy of the Settlement Agreement, or (2) an Amended Stipulation in which the request for retention of jurisdiction has been omitted.

    **IT IS SO ORDERED.**

Dated: April 25, 2008

MAXINE M. CHESNEY
United States District Judge