LINDA JOY KATTWINKEL, ESQ. (S.B.N. 164283)
BROOKE OLIVER, ESQ. (S.B.N. 172828)
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley
San Francisco, CA 94110
415-641-1116 voice
415-695-1116 fax
ljk@okslaw.com
brooke@okslaw.com

LAWRENCE G. TOWNSEND, ESQ. (S.B.N. 88184)
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market St., Ste. 1910
San Francisco, CA 94105
415-882-3200 voice
415-882-3232 fax
ltownsend@owe.com

Attorneys for Plaintiffs,
Leaf Lines LLC and Booker Morey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF LINES LLC, a California Company, and BOOKER MOREY, a California state resident,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington state residents, dba SAGE DESIGNS, and DOES 1-100,<br><br>　　　　　Defendants. | No. **C 07 4015 MMC**<br><br>**STIPULATION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL AND [PROPOSED] ORDER** |

/ / /

　　　　Plaintiffs Leaf Lines LLC and Booker Morey and Defendants Michael D. Sage and Susan Gilmour Sage, dba Sage Designs, by and through their respective attorneys of record, hereby stipulate as follows:

1. The parties have entered into a confidential Settlement Agreement and Mutual Release (the "Settlement Agreement") in this matter whereby they have resolved all claims in this action and have agreed to the dismissal of the above-captioned action with prejudice.  Each party has agreed to bear its own attorneys' fees and costs.

2. The parties filed a Stipulation of Dismissal with Prejudice on April 24, 2008, wherein the parties requested that the Court retain jurisdiction over the action for the purpose of enforcing their Settlement Agreement.

3. By Order dated April 25, 2008, the Court required that the parties file a copy of the Settlement Agreement so that the Court can determine whether retention of jurisdiction is appropriate.

4. By its terms, the entire Settlement Agreement must remain confidential.

5. Accordingly, the parties jointly request the Court to order that the Settlement Agreement be filed under seal.

OLIVER, KATTWINKEL & SABEC P.C.
OWEN, WICKERSHAM & ERICKSON, P.C.

Dated: May 2, 2008         /s/
Linda Joy Kattwinkel
Attorneys for Plaintiffs,
Leaf Lines LLC and Booker Morey


THE DUBOFF LAW GROUP


Dated: May 2, 2008         /s/
Christopher Brown
Attorneys for Defendants
Michael D. Sage and Susan Gilmour Sage,
dba Sage Designs

<u>ORDER</u>

Having considered the parties Stipulation and for good cause appearing, it is HEREBY ORDERED:

The Settlement Agreement in this action shall be filed under seal.

Dated: _____     _____
                                 The Honorable Maxine Chesney
                                 United States District Judge