LINDA JOY KATTWINKEL, ESQ. (S.B.N. 164283)
BROOKE OLIVER, ESQ. (S.B.N. 172828)
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley
San Francisco, CA 94110
415-641-1116 voice
415-695-1116 fax
ljk@okslaw.com
brooke@okslaw.com

LAWRENCE G. TOWNSEND, ESQ. (S.B.N. 88184)
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market St., Ste. 1910
San Francisco, CA 94105
415-882-3200 voice
415-882-3232 fax
ltownsend@owe.com

Attorneys for Plaintiffs,
Leaf Lines LLC and Booker Morey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF LINES LLC, a California Company, and BOOKER MOREY, a California state resident,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington state residents, dba SAGE DESIGNS, and DOES 1-100,<br><br>　　　　Defendants. | No.  **C 07 4015 MMC**<br><br>**DECLARATION OF LINDA JOY KATTWINKEL IN SUPPORT OF STIPULATION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL** |

/ / /

I, Linda Joy Kattwinkel, declare as follows:

1. I am lead counsel for Plaintiffs in the above-entitled action. The facts herein are true as of my own personal knowledge.

- 1 -   [C07-4015 MMC] DECLARATION OF LINDA JOY KATTWINKEL IN SUPPORT OF STIPULATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL

2.	The parties have entered into a confidential Settlement Agreement and Mutual Release effective February 4, 2008 (the "Settlement Agreement") in this matter whereby they have resolved all claims in this action and have agreed to dismissal of the action with prejudice.

3.	By its terms, the entire Settlement Agreement must remain confidential.

I declare under penalty of perjury in the state of California that the foregoing is true and correct.

Executed this 2nd day of May, 2008 in San Francisco, California.

/s/
Linda Joy Kattwinkel

- 2 -  [C07-4015 MMC] DECLARATION OF LINDA JOY KATTWINKEL IN SUPPORT OF STIPULATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL