LINDA JOY KATTWINKEL, ESQ. (S.B.N. 164283)
BROOKE OLIVER, ESQ. (S.B.N. 172828)
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley
San Francisco, CA 94110
415-641-1116 voice
415-695-1116 fax
ljk@okslaw.com
brooke@okslaw.com

LAWRENCE G. TOWNSEND, ESQ. (S.B.N. 88184)
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market St., Ste. 1910
San Francisco, CA 94105
415-882-3200 voice
415-882-3232 fax
ltownsend@owe.com

Attorneys for Plaintiffs,
Leaf Lines LLC and Booker Morey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF LINES LLC, a California Company, and BOOKER MOREY, a California state resident,<br><br>       Plaintiffs,<br><br>   vs.<br><br>MICHAEL D. SAGE and SUSAN GILMOUR SAGE, Washington state residents, dba SAGE DESIGNS, and DOES 1-100,<br><br>       Defendants. | No.  **C 07 4015 MMC**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Plaintiffs Leaf Lines LLC and Booker Morey and Defendants Michael D. Sage and
2  Susan Gilmour Sage, dba Sage Designs, by and through their respective attorneys of
3  record, hereby stipulate as follows:
4        1.     The parties have entered into a Settlement Agreement and Mutual Release
5  (the "Settlement Agreement") in this matter whereby they have resolved all claims in
6  this action and have agreed to the dismissal of the above-captioned action with
7  prejudice.  Each party has agreed to bear its own attorneys' fees and costs.
8        2.     Accordingly, the parties jointly request the Court to dismiss this action with
9  prejudice.  Additionally, the parties jointly request the Court to retain jurisdiction over
10  this case for the purpose of enforcement of the Settlement Agreement.

11
12                              OLIVER, KATTWINKEL & SABEC P.C.
                                OWEN, WICKERSHAM & ERICKSON, P.C.
13

14

15  Dated:  _4-23-08_        _____

16                              Linda Joy Kattwinkel
                                Attorneys for Plaintiffs,
17                              Leaf Lines LLC and Booker Morey

18

19                              THE DUBOFF LAW GROUP

20

21
                                _____
22  Dated:  _4/23/08_
                                Christopher Brown
23                              Attorneys for Defendants
                                Michael D. Sage and Susan Gilmour Sage,
24                              dba Sage Designs

25

26

27

28

1

## ORDER

2

3     Having considered the parties Stipulation of Dismissal with Prejudice and for good

4 cause appearing, it is HEREBY ORDERED:

5

6     1.     The action Leaf Lines LLC et al v. Michael D. Sage, et al, Civil Action No.

7 C 07 4015 MMC is dismissed with prejudice, with each party to bear its own attorneys'

8 fees and costs.

9     2.     This Court shall maintain jurisdiction over this case for the purpose of any

10 action to enforce the Settlement Agreement.

    3.     The Court having reviewed the terms of the Settlement Agreement, and there being no

11 apparent need to have such Agreement filed under seal at this time, the parties' Stipulation to file the

12 Agreement under seal is hereby DENIED as moot.  The Clerk is directed to follow the procedure set
forth in Civil Local Rule 79-5(e).

13 Dated: _May 6, 2008_____     _____

14     The Honorable Maxine Chesney
    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28